Stipulated dismissal with prejudice approved 9/17/18.
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY DOMENIC REO, | ) | CASE NO. 1:18-cv-01599-JG |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| vs. | ) | |
| TITAN GAS, LLC, | ) | **STIPULATED DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |

The parties to this action, acting through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the **dismissal of the above captioned action with prejudice**, with each party to bear its own attorneys' fees and costs. As such, the case management conference scheduled for September 21, 2018 at 9:00 am should be canceled.

Stipulated and agreed:

/s/ *Bryan A. Reo* (by email consent)
Bryan Anthony Reo
Counsel for Plaintiff Anthony Domenic Reo
P.O. Box 5100
Mentor, Ohio 44061
Reo@reolaw.org


/s/ *Gregory C. Djordjevic*
Gregory C. Djordjevic
Counsel for Defendant Titan Gas, LLC
Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1448
Telephone: (216) 583-7000
Facsimile: (216) 583-7001
gdjordjevic@ulmer.com